NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CHALUMEAU POWER SYSTEMS LLC,**

*Plaintiff-Appellant*

**v.**

**ALCATEL-LUCENT ENTERPRISE USA, INC.,**

*Defendant-Appellee*

---

2015-1191

---

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-01175-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for plaintiff-appellant. Also represented by TRAVIS CAMPBELL.

LANA S. SHIFERMAN, Goodwin Procter LLP, Boston, MA, argued for defendant-appellee. Also represented by J. ANTHONY DOWNS, ROBERT FREDERICKSON, III.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


 August 12, 2015   /s/ Daniel E. O'Toole
        Date        Daniel E. O'Toole
                    Clerk of Court